

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00804-CV

**IN THE INTEREST OF Z.S.T.**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02701
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: January 15, 2020

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that he no longer desires to pursue his appeal. The motion is granted, and this appeal is dismissed. No costs of appeal are taxed against appellant.

PER CURIAM